**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
SARA D. COPE, ESQ.
Nevada Bar No. 10329
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
*Attorneys for Motion Picture Industry Health Plan*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: 08-17127-mkn |
| TOM M. BRUNER, | Chapter 13 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

TO:   ALL INTERESTED PARTIES

REQUEST IS HEREBY MADE by the undersigned on behalf of the Motion Picture Industry Health Plan that all notices given in the above-entitled case and all papers and pleadings served or required to be served in the case be given to and served upon the undersigned as follows:

CHRISTENSEN JAMES & MARTIN
Kevin B. Christensen, Esq.
Sara D. Cope, Esq.
7440 W. Sahara Avenue
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
Kbchrislaw@aol.com
Saradcope@gmail.com

DATED this 20th day of August, 2008.

CHRISTENSEN JAMES & MARTIN

By: _____
Sara D. Cope, Esq.
*Attorneys for Motion Picture Industry Health Plan*

## CERTIFICATE OF SERVICE

I, Natalie Larson, am an employee of the law firm of Christensen James & Martin. On the 20 day of August, 2008, I caused a true and correct copy of the proposed Notice of Appearance and Request for Special Notice to be served in the following manner:

**Electronic Mail Notice List**

GEORGE HAINES jsanduski@hainesandkrieger.com

DAVID KRIEGER jsanduski@hainesandkrieger.com

KATHLEEN A. LEAVITT courtsecf3@las13.com

**Manual Notice List**

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

CHRISTENSEN JAMES & MARTIN

By: _____
Natalie Larson

-2-